Stephen M. Doniger (SBN 179314)
stephen@donigerlawfirm.com
David Shein (SBN 230870)
david@donigerlawfirm.com
DONIGER / BURROUGHS
603 Rose Avenue
Venice California 90291
Telephone: (310) 590-1820

*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| STAR FABRICS, INC., a California Corporation,<br><br>Plaintiff,<br><br>v.<br><br>TIFFANY SOMA, LLC, d/b/a "Stylesbysoma.com," a Gorgia Limited Liability Company, and DOES 1 through 10;<br><br>Defendant. | Case No.  2:25-cv-09131-AB-PD<br><br>**Stipulation to Extend Time to Respond to Initial Complaint By Not More than 30 days (L.R. 8- 3)**<br><br>Complaint served: October 15, 2025<br>Current response date: November 5, 2025<br>New response date: December 5, 2025 |

1

Stipulation to Extend Time to Respond to Initial Complaint By Not More than 30 days (L.R. 8- 3)

IT IS HEREBY STIPULATED by and between Plaintiff Star Fabrics, Inc. ("Plaintiff") and Defendant Tiffany Soma, LLC d/b/a stylesbysoma.com ("Defendant"), that pursuant to Civil L.R. 8-3, Defendant shall have up to and including December 5, 2025 to answer or otherwise respond to Plaintiff's Complaint.

IT IS SO STIPULATED.

Dated: November 3, 2025　　　　　　　　　　DONIGER / BURROUGHS

　　　　　　　　　　　　　　　　By:　/s/ *Stephen M. Doniger*
　　　　　　　　　　　　　　　　　　Stephen M. Doniger, Esq.
　　　　　　　　　　　　　　　　　　David Shein, Esq.
　　　　　　　　　　　　　　　　　　Attorneys for Plaintiff

Dated: November 3, 2025　　　　　　　　　　By:　*/s/ Deepali Brahmbhatt*
　　　　　　　　　　　　　　　　　　Deepali Brahmbhatt
　　　　　　　　　　　　　　　　　　DEVLIN LAW FIRM LLC
　　　　　　　　　　　　　　　　　　3120 Scott Blvd, #13
　　　　　　　　　　　　　　　　　　Santa Clara, CA 95054
　　　　　　　　　　　　　　　　　　dbrahmbhatt@devlinlawfirm.com
　　　　　　　　　　　　　　　　　　Telephone: 650-254-9805

　　　　　　　　　　　　　　　　　　*Attorneys for Defendant*

Pursuant to Civil L.R. 5-4.3.4(a)(2)(i), the filer attests that all other signatories listed, and on whose behalf this filing is submitted, concur in the filing's content and have authorized the filing.