JS-6

1
2
3
4
5
6
7
8 **UNITED STATES DISTRICT COURT**

9 **CENTRAL DISTRICT OF CALIFORNIA**

10 | STAR FABRICS, INC.,             | Case No. 2:25-cv-09131-AB (PDx)

11 |          Plaintiff,

12 |     v.                          | **ORDER DISMISSING CIVIL ACTION**

13 | TIFFANY SOMA, LLC, et al.,

14 |          Defendants.

15

16      The Court has been advised that this action has been settled.

17      The Court therefore **ORDERS** that this action is hereby **DISMISSED** without

18 costs and without prejudice to the right, upon good cause shown within **30 days,** to re-

19 open the action if settlement is not consummated. This Court retains full jurisdiction

20 over this action and this Order shall not prejudice any party to this action.

21
22
23 Dated:  January 12, 2026       _____
24                                HON. ANDRÉ BIROTTE JR.
                                  UNITED STATES DISTRICT JUDGE
25
26
27
28

1